**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Burton Perlman
United States Bankruptcy Judge

**Dated: September 23, 2010**

_____

BK1001044
TLK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT CINCINNATI

| | |
|---|---|
| IN RE:<br><br>Rendia Miller<br><br>                Debtor | Case No. 09-13335<br><br>Chapter 13<br>Judge Perlman<br><br>**AGREED ORDER ON MOTION FOR RELIEF FROM STAY OF U.S. BANK, N.A. BY AND THROUGH U.S. BANK HOME MORTGAGE ITS SERVICER, FILED HEREIN ON JUNE 4, 2010 DOC. # 45 (PROPERTY ADDRESS: 2940 COMMODORE LANE, CINCINNATI, OH 45251)** |

      This matter having come on before the Court upon the Motion For Relief From Stay filed herein on June 4, 2010 Pacer Document #45 by the secured Movant, U.S. Bank, N.A. by and through U.S. Bank Home Mortgage its servicer (hereinafter "Movant") (Proof of Claim #6 per the Claims Register and being Trustee's Claim #3), and upon debtor's response thereto filed herein on June 8, 2010 as Pacer Document #48; and a hearing having been

held on September 8, 2010; and it appearing to the Court that the parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant; and the Court, being otherwise fully advised in the premises, hereby makes the following findings of fact and issues the following Order with respect thereto:

1.     The Chapter l3 Plan filed herein on behalf of the debtor provided that said debtor was to make the regular monthly mortgage payments to Movant outside of the Plan in a regular monthly fashion.

2.     In breach of the terms of said Plan, the debtor failed to make certain of the regular monthly mortgage payments to Movant, incurring a total post-petition arrearage of $9,114.94 as of September 30, 2010, which amount consists of:

Post Petition Payments:

| Amount | Date Due |
|---|---|
| 998.10 | February 1, 2010 |
| 998.10 | March 1, 2010 |
| 998.10 | April 1, 2010 |
| 998.10 | May 1, 2010 |
| 998.10 | June 1, 2010 |
| 998.10 | July 1, 2010 |
| 998.10 | August 1, 2010 |
| 998.10 | September 1, 2010 |

Post Petition Late Charges:

| Amount | Date Due |
|---|---|
| 39.82 | February 16, 2010 |
| 39.82 | March 16, 2010 |
| 39.82 | April 16, 2010 |
| 39.82 | May 16, 2010 |
| 39.82 | June 16, 2010 |
| 39.82 | July 16, 2010 |
| 39.82 | August 16, 2010 |
| 39.82 | September 16, 2010 |

Other Charges:

| Amount | Description |
|---|---|
| 180.00 | Post Petition Property Inspection Fees |

and $500.00 for attorney fees associated with the Motion and $150.00 court costs incurred herein for filing the Motion, less $18.42 in debtor's suspense account.

3. In order to eliminate said post-petition arrearage, Movant is permitted to file a Supplemental Proof of Claim in the amount of $9,114.94, which consists of $500.00 for attorney fees associated with the Motion and $150.00 for court costs incurred herein for filing the Motion and said post petition arrears of $8,464.94 thereby reducing the arrearage to $0.00.

4. The debtor further agrees to resume the regular monthly mortgage payments outside the Plan directly to Movant on October 1, 2010, and to make all further monthly payments in a timely fashion. All payments shall be tendered to:

**U.S. Bank Home Mortgage**
**4801 Frederica Street**
**Owensboro, KY 42301**

This payment address is subject to change.

5. In the event that the said debtor should fail to pay any future monthly payment within 15 of its due date, or should the debtor fail to make any payment to the Trustee's Office within 30 days of the last day of the month in which it is due, then, or in any one of those events, Movant shall send a letter or e-mail to debtor and debtor's counsel advising of said default. If the default is not cured within ten (10) days, Movant shall file with the Court an Affidavit certifying that the debtors are in default under the terms of the Agreed Order and tender a proposed Order Granting Final Modification of the Automatic Stay. Upon submission of such Affidavit and Order Granting Final Modification of the Automatic Stay, the Court shall enter the Order, without a hearing, providing

Movant, its successors and/or assigns is granted relief from the automatic stay imposed by Section 362 of the Bankruptcy Code. The only ground for objection to such an Order shall be that payments were timely made.

IT IS SO ORDERED.

/s/ Steven H Patterson, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0073452
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3373
(513) 354-6464 fax
sohbk@lsrlaw.com


/s/ Shawn Robert Ryan, Attorney for Debtor, VIA E-MAIL AUTHORIZATION
Michael E. Plummer & Associates
Rendia Miller, Debtor
11 West 6th Street
Covington, KY 41011
(859) 581-5516
shawnryanlaw@insightbb.com

/s/ Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney Reg. No. OH 0030377
Francis J. DiCesare, Esq.
Staff Attorney
Attorney Reg. No. OH 0038798
Karolina F. Perr, Esq.
Staff Attorney
Attorney Reg No. OH 0066193
600 Vine Street, Suite 2200
Cincinnati, Ohio 45202
513-621-4488
513 621-2643 Fax

COPIES TO:

DEFAULT LIST

State of Ohio, Housing Finance Agency - Creditor
150 E. Gay Street
21st Floor
Columbus, OH 43215
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

USA Dept. of Housing & Urban Development - Creditor
Single Family Notes Branch
451 Seventh St. SW
Washington, DC 20410
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

###